U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

11·7 20 17

Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
|---|---|---|
| | ) | |
| v. | ) | CR417 246 |
| | ) | 18 U.S.C. § 1028(a)(7) |
| MELODY JOHNSON | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | 18 U.S.C. § 1512(c)(1) |

**THE GRAND JURY CHARGES THAT:**

COUNT ONE
18 U.S.C. § 1028(a)(7)
**Unlawful Transfer and Possession of a Means of Identification**

In or about November 2015, in Chatham County, within the Southern District of Georgia, Defendant **MELODY JOHNSON** did knowingly possess and transfer, in or affecting interstate commerce, without lawful authority, the means of identification of another person, that is, the credit card number of S.R., knowing that the means of identification belonged to another actual person, to aid and abet, and in connection with, unlawful activity that constitutes a felony under Georgia Code § 16-9-33 (financial transaction card fraud), all done in violation of Title 18, United States Code, Section 1028(a)(7).

**THE GRAND JURY FURTHER CHARGES THAT:**

COUNT TWO
18 U.S.C. § 1028A(a)(1)
**Aggravated Identity Theft**

On or about December 29, 2015, in Chatham County, within the Southern District of Georgia, Defendant **MELODY JOHNSON** did knowingly possess, without

lawful authority, the means of identification of another person, that is, the Social Security number of S.R., during and in relation to felony violations of Title 18, United States Code, Section 1344 (bank fraud), all done in violation of Title 18, United States Code, Section 1028A(a)(1).

**THE GRAND JURY FURTHER CHARGES THAT:**

**COUNT THREE**
**18 U.S.C. § 1512(c)(1)**
**Tampering with Documents or Proceedings**

On or about April 1, 2016, in Chatham County, within the Southern District of Georgia, Defendant **MELODY JOHNSON** did corruptly attempt to alter, destroy, mutilate, and conceal a cellular telephone belonging to Maynard Sanders with the intent to impair its integrity and availability for use in an official proceeding, to wit, a Federal grand jury investigation, all done in violation of Title 18, United States Code, Section 1512(c)(1).



_____
R. Brian Tanner
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Theodore S. Hertzberg*
Assistant United States Attorney

*Lead Counsel